Mohamed v Abuhamra (2023 NY Slip Op 06615)

Mohamed v Abuhamra

2023 NY Slip Op 06615

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, MONTOUR, GREENWOOD, AND DELCONTE, JJ.

780 CA 22-01936

[*1]ABLA MOHAMED, PLAINTIFF-RESPONDENT,
v
HANI ABUHAMRA, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

JAMES P. RENDA, WILLIAMSVILLE, FOR DEFENDANT-APPELLANT.
THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ERIN L. WHITCOMB OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Lynn W. Keane, J.), entered May 6, 2022, in a divorce action. The order, inter alia, awarded attorneys' fees to plaintiff's attorneys. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same Memorandum as in Mohamed v Abuhamra ([appeal No. 1] — AD3d — [Dec. 22, 2023] [4th Dept 2023]).
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court